Edwin GOULD, Respt., v. Lida M. FLEITMAN as adm'x, Applt. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of the claim of Emanuel GRAMMICI for compensation under the Workmen's Compensation Law v. Simon ZINN, applt., and London Guarantee & Accident Company, insurance carrier. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Award affirmed. All concur, except Kellogg, P. J., and Lyon, J., dissenting.

Robert GRAVES v. Philip B. GAYNOR. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the claim of Anna T. GRAY for compensation under the Workmen's Compensation Law v. Jacob DE JONG, employer, and Zurich General Accident & Liability Insurance Company, Limited, insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Award unanimously affirmed.

In the Matter of the petition of George E. GREEN, as State Commissioner of Excise, respt., for an order revoking and canceling liquor tax certificate No. 11753, issued to George T. Cunningham and transferred to John J. Reed, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Order (92 Misc. Rep. 503, 157 N. Y. Supp. 87) as to subpoena duces tecum unanimously affirmed, with $10 costs and disbursements.

In the Matter of the petition of George E. GREEN, as State Commissioner of Excise, respt., for an order revoking and canceling liquor tax certificate No. 11753, issued to George T. Cunningham and transferred to John J. Reed, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Order revoking certificate unanimously affirmed, with costs.

In the Matter of the intermediate judicial account of Louis Z. GREEN, as Committee of James I. Doran, an incompetent person. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) This court did not pass upon the original contract entered into with the committee, but determined as a question of fact that $1,005 in addition to other amounts received was earned by the attorney who conducted the foreclosure proceedings. There being therefore a simple question of fact involved, determined on conflicting testimony, which is not reviewable by the Court of Appeals, no sufficient ground for a stay is made out, and the motion is therefore denied, without costs.

Matter of Max S. GRIFFENHAGEN, Applt., v. Samuel H. ORDWAY et al., as Com'rs, Respts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, without costs. No opinion. (Dowling and Page, JJ., dissenting.) Order filed.

Joseph GRIFFIN, respondent, v. PENNSYLVANIA STEEL COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motions for reargument and for leave to appeal to the Court of Appeals denied, with $10 costs.

In the Matter of the petition of James C. GRINDROD, etc., for an order revoking and canceling Liquor Tax Certificate No. 10820, issued to Joseph Kerwin, etc. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion granted, without costs.

In the Matter of the petition of James C. GRINDROD, etc., for an order revoking and canceling Liquor Tax Certificate No. 10,828, issued to Joseph Kerwin, etc. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion granted, without costs.

Matter of J. Chas. GROSHUT v. KINETOPHOTE CORP'N. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

Albert B. GROSS et al. v. Arthur MENDEL and ano. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Motion denied, with $10 costs. Order filed.

In the Matter of the Judicial Settlement of the Account of Helena GROSS, as administratrix of the Estate of Julius Gross, deceased. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Decree of the Surrogate's Court of Suffolk County affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Albert B. GROSS et al. v. Edward FRIEDMAN, impld., etc. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

Dorothy GUTMAN v. Isaac SCHREIBER et al. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

Dorothy GUTMAN v. Isaac SCHREIBER et al. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. (Page, J., not sitting.) Order filed.

In the Matter of Robert J. HAIRE. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Supplementary charges and reply referred to Hon. John J. Freedman, to whom original charges were referred. Settle order on notice.